# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>C. PFIEFFER,<br><br>    Defendants. | Case No. 1:17-cv-00549-EPG (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(ECF NO. 4) |

      Donald Williams ("Plaintiff") is proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on April 18, 2017. (ECF No. 1). The complaint is awaiting screening.

      The Court reviewed the complaint, and based on that review it appeared that Plaintiff had exhausted the available administrative remedies for at least some of his claims. However, on one of his exhibits, Plaintiff wrote "I am currently exhausting all my administrative remedies (appeals) regarding several CDCR-602's [sic] staff complaints related to the beaten [sic] and sexual misconduct described [in] the 1983 civil complaint." (ECF No. 1, p. 43). Accordingly, the Court ordered Plaintiff to show cause why all claims that he was "currently exhausting" should not be dismissed without prejudice for failure to exhaust administrative remedies. (ECF No. 4).

      On May 5, 2017, Plaintiff filed a response to the order to show cause. (ECF No. 6). According to Plaintiff, he has exhausted all of the available administrative remedies, and the statement to the contrary that was included on an exhibit attached to the complaint was an error.

Based on Plaintiff's representations that he has in fact exhausted all of his administrative remedies as to all claims, the Court will discharge the order to show cause.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that the order for Plaintiff to show cause why all claims that he is "currently exhausting" should not be dismissed without prejudice for failure to exhaust administrative remedies (ECF No. 4) is DISCHARGED.

IT IS SO ORDERED.

Dated: **May 9, 2017**　　　　　　　　　　／s／ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE