UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>C. PFIEFFER, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00549-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS<br><br>(ECF NO. 12) |

Plaintiff is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 27, 2017, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 12). However, Plaintiff's application to proceed in forma pauperis was deficient in that Plaintiff did not sign it. (Id. at 2). Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; F.R.C.P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED, without prejudice;
2. Within thirty (30) days of the date of service of this order, Plaintiff shall complete and return the enclosed application to proceed in forma pauperis, with Plaintiff's original signature, or in the alternative, pay the $400.00 filing fee for this action; and
3. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated: **July 31, 2017**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1