UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE WILLIAMS,<br><br>          Plaintiff,<br><br>    v.<br><br>A. TERRAZAS, et al.,<br><br>          Defendants. | Case No. 1:17-cv-00549-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF PRO BONO COUNSEL<br><br>(ECF NO. 29)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THIS ORDER |

      Donald Williams ("Plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 19, 2018, Plaintiff filed a motion for appointment of pro bono counsel. (ECF No. 29).

      On March 23, 2018, Plaintiff filed a proposed substitution of attorney, which was approved. (ECF Nos. 31 & 32). As Plaintiff now has counsel, the Court will deny Plaintiff's motion for appointment of pro bono counsel, without prejudice to Plaintiff refiling the motion if for some reason he needs counsel in the future.

///

///

///

1

Accordingly, IT IS ORDERED that Plaintiff's motion for appointment of pro bono counsel is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to send Plaintiff a copy of this order.

IT IS SO ORDERED.

Dated: **April 5, 2018**          /s/ Eric P. Groj

UNITED STATES MAGISTRATE JUDGE