1
2
3
4
5
6
7
8
9       IN THE UNITED STATES DISTRICT COURT
10      FOR THE EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| DONALD LEE WILLIAMS,<br><br>                                      Plaintiff,<br><br>          v.<br><br>A. TERRAZAS, et al.,<br><br>                                     Defendants. | Case No. 1:17-cv-00549-AWI-EPG (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND THE SCHEDULING CONFERECE<br><br>(ECF NO. 34)<br><br>ORDER DIRECTING CLERK TO SEND DONALD WILLIAMS A COPY OF THIS ORDER |

        On April 18, 2018, Plaintiff filed a motion to extend the scheduling conference to June 19, 2018.  (ECF No. 34).  Plaintiff's counsel states that he needs the extension because he can only communicate with Plaintiff via mail, which takes additional time.  Plaintiff's counsel also states that he spoke to Defense Counsel, and Defense Counsel has no objection to the extension.

        The Court finds good cause to grant Plaintiff's motion.  However, to accommodate the Court's calendar, the initial scheduling conference will be held on July 11, 2018, at 3:00 p.m.

        Plaintiff shall also attend the conference by phone.  Plaintiff shall make arrangements with staff at his institution of confinement.  Plaintiff's institution of confinement shall make Plaintiff available at the time and date indicated above.  To the extent possible, prior to the conference,

1  Defense Counsel shall confirm with Plaintiff's institution of confinement that arrangements have

2  been made for Plaintiff's attendance.

3  Counsel shall also appear by phone or in person.  To join the conference by phone, each

4  party is directed to call the toll-free telephone number (888) 251−2909 and use Access Code

5  1024453.

6  Accordingly, based on the foregoing, IT IS ORDERED that the initial scheduling

7  conference will be held on July 11, 2018, at 3:00 p.m.

8  IT IS FURTHER ORDERED that the Clerk of Court is directed to send a copy of this order

9  to the plaintiff, Donald Williams, in addition to counsel.

10

11  IT IS SO ORDERED.

12  Dated:  __April 19, 2018__          ___/s/ Erica P. Grosjean___

13                                        UNITED STATES MAGISTRATE JUDGE