XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
LARAYA M. PARNELL, State Bar No. 307200
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 210-7335
 Facsimile:  (916) 324-5205
*Attorneys for Defendants Brookman, Arreola, Franco,
Mason, McCollough, and Terrazas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| **DONALD LEE WILLIAMS**, <br><br> Plaintiff, <br><br> v. <br><br> **C. PFIEFFER, et al.**, <br><br> Defendants. | Case No. 1:17-cv-00549-AWI-EPG (PC) <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT BROOKMAN WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Donald Lee Williams and Defendant Brookman stipulate to a voluntary dismissal of this action with prejudice as to Defendant Brookman under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

/ / /

/ / /

1

It is so stipulated.

Dated: August 8, 2018 　　　　　　　　　　　*/s/ Ben Rudin*　　　　　　　.
　　　　　　　　　　　　　　　　　　　　　Ben Rudin, Esq.
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Donald Lee Williams*

Dated: August 8, 2018 　　　　　　　　　　　*/s/ Laraya M. Parnell*
　　　　　　　　　　　　　　　　　　　　　Laraya M. Parnell
　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　California Attorney General's Office
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Brookman*

IT IS SO ORDERED.

Dated: **August 10, 2018** 　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

SA2017109837
33504533.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:17-cv-00549 AWI EPG)