

FILED

DEC 06 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>A. TERRAZAS, et al.,<br><br>Defendants. | Case No. 1:17-cv-00549-AWI-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THAT THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF NO. 51)<br><br>**As to Donald Williams, CDCR #H-22608** |

A settlement conference in this case commenced on December 6, 2018, at 9:30 a.m., and plaintiff Donald Williams, inmate, has given testimony before the Court. Inmate witness **Donald Williams, CDCR #H-22608**, is no longer needed by the Court as a witness in these proceedings, and the Writ of Habeas Corpus Ad Testificandum as to this inmate, issued on November 13, 2018, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 12/5/18

_____
UNITED STATES MAGISTRATE JUDGE